Norman P. Johnson, Appellee, v. Borden Company, Appellant.

Gen. No. 42,717.

MATCHETT, J., dissenting.

opinion filed December 13, 1943; rehearing denied December 28, 1943. Philip S. Campbell, for appellant; Edward L. Richter and Percival E. Thompson, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.